IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUAN ARCE,

       Plaintiff,             No. 2:12-cv-00201 DAD P

    vs.

CORRECTIONS CORP. OF AMERICA,

       Defendant.       <u>ORDER</u>

/

        This matter came before the court on January 11, 2013, for a telephonic status conference. Counsel of record John Moran appeared on behalf of plaintiff and attorney Matthew Fletcher appeared on behalf of defendant Corrections Corporation of America.

        For the reasons discussed on the record at the status conference, the court will order plaintiff's counsel of record, attorney Moran, to either file a substitution of attorney signed by both himself and plaintiff indicating that plaintiff will proceed in pro se in this action, a properly supported notice of motion and motion to withdraw as counsel of record on plaintiff's behalf , or a request for voluntary dismissal of this action.[1]

---

[1] At the hearing attorney Moran stated that he recently spoke to plaintiff who is now out of custody and residing in Los Angeles. Attorney Moran was instructed by the court to advise plaintiff of the pending motion to transfer the action to the U.S. District Court for the District of

1

1  Accordingly, IT IS HEREBY ORDERED that within thirty days from the date of
2  this order, counsel for plaintiff shall file one of the following: a substitution of attorney pursuant
3  to Local Rule 182(g), a notice of motion to withdraw as counsel pursuant to Local Rules 182(d)
4  and 230, or a request for voluntary dismissal pursuant to Rule 41 of the Federal Rules of Civil
5  Procedure.

6  DATED: January 11, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
arce201.oah

---

Arizona (Phoenix Division). That motion will be considered, if necessary, once it is determined whether plaintiff intends to pursue this action and, if so, once the status of counsel for plaintiff has been clarified.