IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUAN ARCE,

       Plaintiff,                   No. 2:12-cv-00201 DAD P

    vs.

CORRECTIONS CORP. OF AMERICA, et al.,

       Defendants.            ORDER

       Pursuant to the court's order filed on January 14, 2013, counsel for plaintiff has filed a request for voluntary dismissal of this action. Pursuant to Fed. R. Civ. P. 41, plaintiff's request shall be honored.

       Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

DATED: March 1, 2013.

                                                     DALE A. DROZD
                                                     UNITED STATES MAGISTRATE JUDGE

DAD:4
arce201.59